UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1461 ABC (FFM) | Date | January 21, 2011 |
|---|---|---|---|

| Title | ANTHONY M. DEVAUGHN, et al.  v. COUNTY OF LOS ANGELES, et al. |
|---|---|

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER RE RESPONSE BY OPTION ONE**

On November 10, 2011, this Court entered an order lifting the stay in this action as to defendant Option One only.  Option One was ordered to file a response to the amended complaint within 30 days.  30 days having passed and defendant Option One not having filed any response to the amended complaint, defendant Option One is ordered to show cause within 30 days of the date of this order why its default should not be entered.

A response to the amended complaint shall be a sufficient response to this order.

IT IS SO ORDERED.

                                                                          :
Initials of Preparer          JM