UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1461 ABC (FFM) | Date | December 7, 2011 |
|---|---|---|---|
| Title | ANTHONY M. DEVAUGHN, et al. v. COUNTY OF LOS ANGELES, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:   Attorneys Present for Defendants:

None Present   None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE STATUS REPORTS**

　　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge entered on July 28, 2009, this action has been stayed during the pendency of the criminal proceeding against plaintiff.  The parties were ordered to file status reports every 90 days to keep the Court apprised of the status of the criminal proceedings against plaintiff.  The last status report filed by defendants County of Los Angeles, Hilda Weintraub, Karen Pewitt, Peter A. Parsons and Jeffrey C. Jonas was filed on August 25, 2011.  The next status report was due November 23, 2011.  As of the date of this order, defendants have not filed a status report or requested an extension of time.

　　　　Defendants are ordered to show cause, within 15 days of the date of this order, why they should not be sanctioned for failing to comply with the Court's order.  An updated status report will be a sufficient response to the Order to Show Cause.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　Initials of Preparer　　　　　　　JM