UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY M. DeVAUGHN, | ) | NO. CV 08-1461 AB (FFM) |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| COUNTY OF LOS ANGELES, *et al.*, | ) | |
| Defendants. | ) | |

Pursuant to the Court's order staying these proceedings; defendants were required to file their next status report by June 15, 2015. As of the date of this order, defendants have failed to file that status report.

IT IS THEREFORE IS ORDERED that defendants show cause in writing within 15 days of the date of this order why the stay should not be lifted.

DATED: October 19, 2015

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge