# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-1461 AB (FFM) | Date | October 18, 2017 |
|---|---|---|---|
| Title | ANTHONY M. DEVAUGHN, et al. v. COUNTY OF LOS ANGELES, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING LIFTING OF STAY**

The Court has received plaintiff's October 16, 2017 status report. (Docket No. 239.) Plaintiff asserts, and Los Angeles County Superior Court's online records indicate, that on September 1, 2017, all charges against plaintiff in *People v. DeVaughan*, LACSC No. BA324510, were dismissed. (*See* Docket No. 239, Exs. A-B.) The record herein reflects that the Riverside County Criminal action concluded in 2010. (*See* Docket No. 140.)

In light of the foregoing, the Court ORDERS defendants to show cause in writing, **within 10 days of the date of this order**, why the stay herein should not be lifted.

IT IS SO ORDERED.

:
Initials of Preparer    JM