# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-1461 AB (FFM) | Date | July 9, 2018 |
|---|---|---|---|
| Title | ANTHONY M. DEVAUGHN, et al. v. COUNTY OF LOS ANGELES, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Attorneys Present for Defendants:

None Present   None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO COMPLY WITH DISCOVERY OBLIGATIONS**

The Court has reviewed defendants' July 6, 2018 Motion to Compel Deposition of Plaintiff. (Docket No. 270.) Defendants assert that plaintiff failed to appear for his properly noticed (and agreed upon continued date) for his deposition. Further, defendants assert that plaintiff failed to respond to defendants' attempts to reschedule the deposition.

In light of the foregoing, the Court ORDERS plaintiff to show cause in writing, **within 10 days of the date of this order**, why the action should not be dismissed for plaintiff's failure to comply with his discovery obligations and failure to prosecute his action by making himself available for deposition.

IT IS SO ORDERED.

: 
Initials of Preparer   JM