JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANTHONY MARK DeVAUGHN,   ) No. CV 08-1461 AB (FFM)
                         )
            Plaintiff,   ) JUDGMENT
     v.                  )
                         )
COUNTY OF LOS ANGELES, *et al.*, )
                         )
            Defendants.  )
_____  )

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 13, 2019

ANDRÉ BIROTTE JR.
United States District Judge